*In re* **Lucas**, Pamela D. (MR 18545)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Pamela D. Lucas is suspended from the practice of law for three months. Respondent Pamela D. Lucas shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.